JS 44A
(Rev. 11/78)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| KENNETH PAPINEAU and VERONICA PAPINEAU, OLIVER HILL, and SUMMER ROCKWELL | JOHN DILLON, Individually, and as Sheriff of Onondaga County and THE COUNTY OF ONONDAGA |
| Residents of Onondaga County | 93 -CV- 491 FJS |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| JOHN J. BRUNETTI, ESQ.<br>121 East Water Street<br>Syracuse, New York  13202<br>(315)  471-1212 | DIANE TUCKER, ESQ.<br>Deputy County Attorney<br>Department of Law<br>Onondaga County Civic Center<br>Syracuse, New York  13202<br>(315)  435-2170 |

(PLACE AN ⊠ IN ONE BOX ONLY)     BASIS OF JURISDICTION     IF DIVERSITY, INDICATE CITIZENSHIP BELOW.
☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☒ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☐ 4 DIVERSITY     (28 USC 1332, 1441)

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

Title 42 USC Section 1983 - Civil Rights Violation

## NATURE OF SUIT

(PLACE AN ⊠ IN ONE BOX ONLY)

| CONTRACT | TORTS | CIVIL RIGHTS | FORFEITURE/PENALTY | PROPERTY RIGHTS | |
|---|---|---|---|---|---|
| ☐ 110 INSURANCE | **PERSONAL INJURY** | ☐ 441 VOTING | ☐ 610 AGRICULTURE | ☐ 820 COPYRIGHT | ☐ 840 TRADEMARK |
| ☐ 120 MARINE | ☐ 310 AIRPLANE | ☐ 442 JOBS | ☐ 620 FOOD & DRUG | ☐ 830 PATENT | |
| ☐ 130 MILLER ACT | ☐ 315 AIRPLANE PRODUCT LIABILITY | ☐ 443 ACCOMMODA-TIONS | ☐ 630 LIQUOR LAWS | **OTHER STATUTES** | |
| ☐ 140 NEGOTIABLE INSTRUMENT | ☐ 320 ASSAULT, LIBEL & SLANDER | | ☐ 640 R.R. & TRUCK | ☐ 400 STATE REAPPORTIONMENT | ☐ 870 TAX SUITS TAXES |
| ☐ 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGEMENT | ☐ 330 FEDERAL EMPLOYERS' LIABILITY | ☐ 444 WELFARE | ☐ 650 AIR LINE REGS. | ☐ 410 ANTI-TRUST | ☐ 871 IRS-THIRD PARTY |
| | ☐ 340 MARINE | ☒ 440 OTHER CIVIL RIGHTS | ☐ 660 OCCUPATIONAL SAFETY/HEALTH | **BANKRUPTCY** ☐ 420 TRUSTEE | ☐ 891 AGRICULTURAL ACTS |
| ☐ 190 OTHER CONTRACT | ☐ 345 MARINE PRODUCT LIABILITY | | | ☐ 421 TRANSFER (915b) | ☐ 892 ECONOMIC STABILIZATION ACT |
| ☐ 195 CONTRACT PRODUCT LIABILITY | ☐ 350 MOTOR VEHICLE | **PRISONER PETITIONS** | ☐ 690 OTHER | ☐ 422 APPEAL (801) ☐ 430 BANKS AND BANKING | |
| | ☐ 355 MOTOR VEHICLE PRODUCT LIABILITY | | **LABOR** | ☐ 450 COMMERCE ICC RATES, ETC. | ☐ 893 ENVIRONMENTAL MATTERS |
| | ☐ 360 OTHER PERSONAL INJURY | ☐ 510 VACATE SENTENCE (2255) | | ☐ 460 DEPORTATION | ☐ 894 ENERGY ALLOCATION ACT |
| **REAL PROPERTY** | ☐ 365 PERSONAL INJURY PRODUCT LIABILITY | | ☐ 710 FAIR LABOR STANDARDS | ☐ 810 SELECTIVE SERVICE | |
| ☐ 210 CONDEMNATION | | ☐ 520 PAROLE BRD. REVIEW | ☐ 720 LABOR/MGMT. RELATIONS | ☐ 850 SECURITIES COMMODITIES EXCHANGE | ☐ 895 FREEDOM OF INFORMATION ACT |
| ☐ 220 FORECLOSURE | **PERSONAL PROPERTY** | ☐ 530 HABEAS CORPUS | ☐ 730 LABOR/MGMT. REPORTING & DISCLOSURE ACT | ☐ 860 SOCIAL SECURITY | ☐ 950 CONSTITUTIONALITY OF STATE STATUTES |
| ☐ 230 RENT LEASE & EJECTMENT | ☐ 370 FRAUD OR TRUTH IN LENDING | | | ☐ 861 HIA | |
| ☐ 240 TORTS TO LAND | ☐ 380 OTHER PERSONAL PROPERTY DAMAGE | ☐ 540 MANDAMUS & OTHER | ☐ 740 RAILWAY LABOR ACT | ☐ 862 BLACK LUNG ☐ 863 DIWC | ☐ 970 NARA, TITLE III |
| ☐ 245 TORT PRODUCT LIABILITY | | | | ☐ 863 DIWW | |
| ☐ 290 ALL OTHER REAL PROPERTY | ☐ 385 PROPERTY DAMAGE PRODUCT LIABILITY | ☐ 550 CIVIL RIGHTS | ☐ 790 OTHER LABOR LITIGATION | ☐ 864 SSID Title XVI ☐ 865 RSI | ☐ 890 OTHER STATUTORY ACTIONS |

(PLACE AN ⊠ IN ONE BOX ONLY)    **ORIGIN**
☒ 1 ORIGINAL PROCEEDING   ☐ 2 REMOVED FROM STATE COURT   ☐ 3 REMANDED FROM APPELLATE COURT   ☐ 4 REINSTATED OR REOPENED   ☐ 5 TRANSFERRED FROM (SPECIFY DIST.)   ☐ 6 MULTIDISTRICT LITIGATION