

CONFERENCE CALENDAR
April 16, 1993
HONORABLE FREDERICK J. SCULLIN, JR. - PRESIDING
CLERK: JACQUELINE TRYTEK
STENO: EILEEN MCDONOUGH

Court Meets: 3:00 PM

PAPINEAU   V.   DILLON                    93-CV-491

```
U.S. DISTRICT COURT
   N.D. OF N.Y.
      FILED
    APR 16 1993
AT _____ O'CLOCK _____ M
   GEORGE A. RAY, CLERK
       SYRACUSE
```

APPEARANCES:

JOHN J. BRUNETTI, ESQ. FOR PLTFS.

LAWRENCE R. WILLIAMS, ESQ. FOR COUNTY DEFTS.

**NOTES: THIS CASE WAS OPENED WITH AN ORDER TO SHOW CAUSE; THIS IS HEARING ON APPLICATION FOR TRO. ATTY BRUNETTI REQUESTS THAT JUDGE SIGN ORDER TO SOW CAUSE; JUDGE WILL NOT GRANT TRO BUT SETS HEARING FOR 4/22/93 AT 2 PM IN SYRACUSE.**

Court Adjourns: 3:45 PM