

HEARING CALENDAR
April 22, 1993
HONORABLE FREDERICK J. SCULLIN, JR. - PRESIDING
CLERK: JACQUELINE TRYTEK
STENO: EILEEN MCDONOUGH

```
                                    U.S. DISTRICT COURT
                                        N.D. OF N.Y.
                                           FILED
                                          APR 22 1993
                                    AT _____ O'CLOCK _____ M
                                    GEORGE A. RAY, CLERK
                                           SYRACUSE
```

Court Meets: 2:00 PM

KENNETH PAPINEAU, ET. AL.
          V.
JOHN DILLON; COUNTY OF ONONDAGA                93-CV-491


APPEARANCES:

FOR PLAINTIFFS:   OFFICE OF JOHN DEFRANCISCO BY JOHN J. BRUNETTI,
                  ESQ.

FOR DEFENDANTS:   OFFICE OF COUNTY ATTORNEY BY EDWARD F. GERBER,
                  ESQ., LAWRENCE WILLIAMS, ESQ. AND JOSEPH J. HEATH,
                  APPEARING AS AMICUS


NOTES:   ORAL ARGUMENT IS HEARD ON BEHALF OF EACH PARTY AS TO
POSITIONS ON APPLICATION FOR PRELIMINARY INJUNCTION.    JUDGE
RESERVES DECISION ON MATTER AND DIRECTS:   COUNTY ATTY TO BRIEF
POLICY ISSUE - DEFINE AS SPECIFICALLY AS POSSIBLE EXACTLY WHAT
COUNTY'S POLICY WITH ONONDAGA NATION IS - BY 5/7/93; BY 5/14/93,
COURT NEEDS ADDITIONAL BRIEFING ON NECESSARY PARTY ISSUE AND WILL
ACCEPT AMICUS BRIEFS FROM ONONDAGA NATION AND COUNTY DISTRICT
ATTORNEY.

Court Adjourns: 3:10 PM