

# United States District Court

Northern District of New York
100 South Clinton Street
P.O. Box 7255
Syracuse, New York 13261-7255

Frederick J. Scullin, Jr.
Judge

May 12, 1993

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
(315) 423-6588
MAY 12 1993
AT _____ O'CLOCK _____ M
GEORGE A. RAY, CLERK
SYRACUSE

Honorable Gary L. Sharpe
United States Attorney (NDNY)
900 James Hanley Federal Building
100 South Clinton Street
Syracuse, New York  13261

Re: Kenneth Papineau and Veronica Papineau,
Oliver Hill and Summer Rockwell
vs.
John Dillon, Individually and as Sheriff
of Onondaga County and the County of Onondaga

Civil Case Number:  93-CV-491

Dear Mr. Sharpe:

This court has been asked to rule upon the constitutionality (5th & 14th Amendment) of the law enforcement policy of the Onondaga County Sheriff's Department with respect to the Onondaga Nation Territory.

I am enclosing herein a copy of the current written policy, together with affidavit of Sheriff Dillon, that has been provided to the court.  In view of the obvious national implication, i.e., law enforcement on Indian territory, vis a vis civil rights laws, I would like to invite the views of the Justice Department on this matter.  The court will allow four (4 weeks) from the date of this letter for an Amicus curiae brief to be filed.

Respectfully,

Frederick J. Scullin, Jr.
United States District Judge

FJS:as


cc: Civil Rights Division
    Department of Justice
    10th & Pennsylvania Ave., N.W.
    Room 3143
    Washington, D.C.  20530

 

Honorable Gary L. Sharpe
May 12, 1993
Page -2-

    John J. Brunetti, Esq.
    121 E. Water Street
    Syracuse, New York    13202

    Edward Gerber, Esq.
    825 University Bldg.
    Syracuse, NY    13210

    Lawrence R. Williams
    Deputy County Attorney
    Department of Law
    John H. Mulroy Civic Center
    421 Montgomery Street - 10th Floor
    Syracuse, NY    13202

✓George A. Ray
  Clerk, U.S. District Court