

## United States District Court

Northern District of New York
100 South Clinton Street
P.O. Box 7255

Frederick J. Scullin, Jr.      Syracuse, New York 13261-7255      (315) 423-6588
Judge

May 12, 1993



John J. Dillon
Sheriff, Onondaga County
John H. Mulroy Civic Center
421 Montgomery Street, 10th Floor
Syracuse, NY   13202
Attention:  Edward Gerber, Esq.

County of Onondaga
John H. Mulroy Civic Center
421 Montgomery Street, 10th Floor
Syracuse, NY   13202
Attention: Lawrence R. Williams
           Deputy County Attorney

    Re:  Kenneth Papineau and Veronica Papineau,
          Oliver Hill and Summer Rockwell
                        vs.
          John Dillon, Individually and as Sheriff
          of Onondaga County and the County of Onondaga

          Civil Case Number:  93-CV-491

Gentlemen:

    As a matter of clarification, the court would like to receive verification from the parties that the following is the _complete_ written policy of the Sheriff's Department (to include its chronological history) in enforcing the laws of the State of New York on the Onondaga Nation territory, to wit:

-    order # SOP-C-4001-88, dated 29 February, 1988
  (the court has not yet received this original order);

-    order # SOP-C-4001-88 as amended 13 November,     1992;

-    order # G-D-1009-93 dated 5 May, 1993, rescinding
  standard operating procedure order # C-4001-88.

John J. Dillon,
County of Onondaga
May 12, 1993

-2-

    If this list is not all inclusive, please provide, for the court's review, any other orders, directives, memoranda, etc., that may exist with respect to this policy no later than Friday, May 21, 1993.

                                            Very truly yours,

                                            Frederick J. Scullin, Jr.
                                            United States District Judge

FJS:as

cc:   John J. Brunetti, Esq.
     121 E. Water Street
     Syracuse, New York   13202

     George A. Ray ✓
     Clerk, U.S. District Court