

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KENNETH PAPINEAU and VERONICA PAPINEAU,
OLIVER HILL, and SUMMER ROCKWELL,

                              Plaintiffs,

                vs.

JOHN DILLON, Individually and as Sheriff
of Onondaga County and THE COUNTY OF
ONONDAGA,

                              Defendants.

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAY - 7 1993

AT _____ O'CLOCK _____
GEORGE A. RAY, CLERK
SYRACUSE

AFFIDAVIT
93-CV-491

**ORIGINAL**

_____x

STATE OF NEW YORK)
COUNTY OF ONONDAGA) ss.:

JOHN C. DILLON, being duly sworn deposes and states as follows:

1.   I am the duly elected Sheriff of Onondaga County.

2.   I have served continuously as the Sheriff of Onondaga County since January 1, 1978.

3.   Shortly after assuming my office, I started negotiations with the Chiefs of the Onondaga Nation Territory (Territory) to arrive at a working procedure for operations by the Onondaga County Sheriff's Department (Department) on the Territory.

4.   In 1979, the first such procedure was reached and operations on the Territory were able to be carried out in a manner that allowed the Department to discharge its responsibilities consistent with State law without generating concern about interference with the sovereignty of the Onondaga Nation.

5. Since 1979, this procedure has been discussed numerous times with the Onondaga Chiefs and various changes have been made from time to time.

6. Every such change has resulted from a good faith effort by the Onondaga Chiefs and myself to provide effective police services to the unique community comprising the Territory.

7. It has always been the position of this Department that we have criminal jurisdiction on the Territory.

8. Due to the complex and dynamic nature of the relationship between this Department and the Territory, as embodied by myself and the Council of Chiefs respectively, not every procedure of this policy has been reduced to writing. Some procedures remain unwritten but tacitly understood between the Chiefs and myself.

9. One such procedure relates to permission to enter onto the Territory. It has been understood for the last several years, between the Onondaga Chiefs and myself that in any truly life threatening situation this Department's response can, must and will continue onto the Territory and will not be delayed while permission is obtained. The Council of Chiefs designated representative will be notified of any such entry.

10. Upon information and belief, up to this time this unwritten understanding has not caused any problem. Permission has never been withheld in an emergency situation and in those non-emergency situations when permission has not been obtainable, alternate procedures have been utilized.

11.   I have issued an updated version of the subject procedures which include previously undocumented provisions. (See Exhibit A).


_____
JOHN C. DILLON

Sworn to before me
this _____ day of May, 1993.


_____
Notary Public

KAREN E. WIGHTMAN
Notary Public State of N.Y.
Qual. Onon. Co., No.4840248
My Comm. Exp. April 30, 19__

-3-

EXHIBIT "A"

## ONONDAGA COUNTY SHERIFF'S DEPARTMENT

### WRITTEN DIRECTIVE

ORDER TYPE:  General Order
DATE OF ISSUE:  5 May 1993
EFFECTIVE DATE:  5 May 1993
CANCEL ON:
SUBJECT:  Onondaga Nation Response
INDEX REFERENCE:  Reservation, Response To

ORDER NUMBER:  G-D-1009-93
ORDER RESCINDED: SOP-C-4001-88
ORDERS AMENDED:
AUTHORITY:Sheriff J.C. Dillon
DISTRIBUTION: All Personnel

---

This order consists of the following numbered sections:

.00   TITLE
.01   PURPOSE
.02   POLICY
.03   NORMAL PATROL OPERATIONS
.04   CALLS FOR SERVICE
.05   FOLLOW-UP INVESTIGATIONS
.06   ARRESTS/WARRANTS PROCEDURE
.07   NOTIFICATIONS


.00   TITLE

   S.O.P. Onondaga Nation Response


.01   PURPOSE

   This order  supercedes all  previous orders and  memoranda regarding
Sheriff's Department responses to the Onondaga Nation.

.02   POLICY

   The Onondaga County Sheriff's Department, in accordance  with
provisions of Federal Law and the Treaty of the Six Nations, in
attempting  to maintain  the established  peace and  friendship with  the
Onondaga Nation and allow its members the free use and enjoyment of their
lands, has established this standard operating procedure for  response to
incidents which occur on the Onondaga Nation.

.03   NORMAL PATROL OPERATIONS

   a)   There shall be no normal patrol operations within the  Onondaga
        Nation.

   b)   Pursuits  of  non-indians may  continue  onto  the Nation  with
        permission of one of the Chiefs.  Pursuing patrols shall
        proceed with  extreme caution.  Pursuits  of Nation inhabitants
        shall  cease at  the Nation  boundary.   A warrant  for  the
        individual shall be obtained if possible.

c)   If an emergency response requires travel through the Nation, the patrol shall use emergency lights and drive with extreme caution. The siren shall not be used.

## .04   CALLS FOR SERVICE

a)   Sheriff's Department patrols shall respond to calls for service on the Onondaga Nation. A Nation Chief, as listed in section .07, will be asked for permission to respond onto the Nation. It should be noted that at times a large number of residents may gather to observe investigations. This is a requirement of tribal law and may be cause for caution but not alarm. The Nation requires residents to observe and report all matters to the Chief of the Nation.

b)   If a complainant/victim of any type incident meets with a Deputy off of the Onondaga Nation property, notification to a Nation Chief is not necessary. This would include (should it occur) any case where permission to enter the Nation is not received and a complainant is notified and asked to meet with a Deputy off of the Nation.

c)   <u>Alarm Calls</u>: Upon receipt of an alarm activation, patrols will respond to the Onondaga Nation line. The Chiefs will be notified for permission to continue. If permission is denied, the patrols are to clear code 9 on an M.I.R. and return to routine patrol, except as provided in paragraph e), below.

d)   <u>Accidents</u>: PDAA's and PIAA's occurring on U.S. Route 11 at Quarry Road (Route 81 exit) or entrance will be responded to upon receipt. The Watch sergeant or lieutenant shall also be advised and an attempt made to contact the chiefs as listed.

e)   For any in progress incident involving a threat to life or serious injury to an individual, a response to the incident scene will be initiated immediately. Responding deputies will continue their response to the scene while normal notification procedures are followed in the above situation. Permission to enter Nation territory is not required prior to entering the Nation.

## .05   FOLLOW-UP INVESTIGATIONS

A Nation Chief shall be contacted for permission before a follow-up investigation on the Nation commences. Follow-ups that are conducted off Nation land do not require any notifications.

## .06   ARREST/WARRANT PROCEDURE

If a suspect is identified during an investigation, a Nation Chief may be requested to surrender the suspect for prosecution. If the Chief surrenders the suspect, he shall be processed per normal procedures. If the council decides not to surrender a suspect and the complainant still desires prosecution and all the elements of a crime are met, a warrant shall be obtained as soon as practical after a suspect has been identified. It is not necessary to obtain permission from a Nation Chief to obtain a warrant. Warrants shall be forwarded to the Warrants Investigation Unit for processing and follow-up.

**.07   NOTIFICATIONS**  

a)   The E-911 Control Center shall, during office hours, notify the Sheriff or Undersheriff of all responses or incidents related to the Onondaga Nation that are or reasonably expected to be of extenuating circumstances.   At all other times the Department Duty Commander shall be notified and he shall be responsible for Sheriff and Undersheriff Notifications.   (Sheriff - hm #478-8208, page #441-6800, radio 4799) (Undersheriff - hm #487-1750, page #441-4901, radio 4798).

b)   Those persons to call regarding Nation responses are:

| | Cell Phone | Home # |
|---|---|---|
| Chief Edwin Cook | 436-2891 | 469-1875 |
| Chief Ollie Gibson | 447-6763 | 469-8814 |
| Chief Leon Shenandoah | 447-8362 | 469-8507 |
| Chief Paul Waterman | | 446-3965 (City) |
| | | 469-8505 (Daughters) |
| Chief Irving Powless, Jr. | 447-6784 | 492-4210 |
| Chief Norman Powless | | 469-0257 |
| Chief Ambrose Gibson | | 492-6738 |
| Chief Vince Johnson | | 677-7786 |

This list shall not be amended without the permission of the Sheriff.