# JOHN J. BRUNETTI
─────────────────ATTORNEY AT LAW─────────────────

121 EAST WATER STREET  
SYRACUSE, NEW YORK 13202

TEL. (315) 471-1212  
FAX: (315) 471-4843

OF COUNSEL  
JOHN A. DeFRANCISCO



U.S. DISTRICT COURT  
N.D. OF N.Y.  
FILED  
MAY 26 1993  
AT _____ O'CLOCK _____ M  
GEORGE A. RAY, CLERK  
SYRACUSE

May 24, 1993

Honorable Frederick J. Scullin, Jr.  
United States District Judge  
Federal Building  
Syracuse, New York 13260



HON. FREDRICK J SCULLIN, JR.  
U.S. DISTRICT JUDGE  
N.D. OF N.Y.  
RECEIVED  
MAY 26 1993  
_____ O'CLOCK _____ M  
SYRACUSE, N.Y.

Re: **Papineau vs. Dillon**  
    **93-CV-491**

Dear Judge Scullin:

I respectfully request the Court's permission to forward my two memoranda that were filed in this case to the Justice Department, so that it will have the full picture in evaluating whether or not to file a Memorandum of Law. Only if the Justice Department is provided with the policy that was submitted to under oath in an affidavit by Mr. Gerber on April 22, will the Justice Department understand the circumstances of this case and be able to compare the policy submitted to the Court on April 22 with the one submitted on May 7.

I would be pleased to forward copies directly as long as the Court gives me permission to do so.



*Permission granted*  
*[signature] USDJ*  
*26 May 1993*

Very truly yours,

John J. Brunetti

ja  
cc: Edward Gerber, Esq.  
    Lawrence Williams, Esq.  
    Joseph Heath, Esq.